UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

UNITED STATES OF AMERICA

-vs-                                                           Case Number: 2:96-cr-76-FtM-29DNF

ALVIN SMITH

USM Number: 19322-018

Frank Zaremba, FPD
1514 Broadway, Suite 301
Fort Myers, Florida 33901

JUDGMENT IN A CRIMINAL CASE
For Revocation of Probation or Supervised Release

The defendant admitted guilt to violation charge numbers Two & Six of the terms of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| Two | Failure to submit written monthly reports | September 5, 2006 |
| Six | Failure to notify ten days prior to any change in residence | August 1, 2006 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

2/26/2007

JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

February 26, 2007

AO 245B (Rev. 6/05) Judgment in a Criminal Case

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **TIME SERVED**.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal

AO 245B (Rev. 6/05) Judgment in a Criminal Case

ALVIN SMITH
2:96-cr-76-FtM-29DNF

## SUPERVISED RELEASE

**Supervised Release is Revoked & not reimposed.**

AO 245B (Rev. 6/05) Judgment in a Criminal Case